1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALONZO BROWN,

11          Plaintiff,                    No.  2:12-cv-2608 CKD P

12      vs.

13   DOWNTIME ALERT PERFORMANCE
     MONITORING, et al.,
14
             Defendants.                  ORDER
15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has also filed an "Inmate Statement Report" reflecting that he has

18   no funds for the time period of 7/3/12 to 7/17/12.  Pursuant to 28 U.S.C. § 1915(a), however, a

19   prisoner seeking to bring a civil action without prepayment of fees must file an affidavit that

20   includes a statement of all assets such prisoner possesses, plus a certified copy of the trust fund

21   account statement *for the preceding 6 month period*.  Plaintiff's Inmate Statement Report is not

22   certified and does not cover the preceding 6 month period.  See 28 U.S.C. § 1915(a).  Plaintiff

23   will be provided the opportunity to either submit the appropriate affidavit and accompanying

24   certified trust fund account statement, or to submit the appropriate filing fee.

25   /////

26   /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, plus the certified trust fund account statement required by 28 U.S.C. §§ 1915(a), or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: March 6, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
brow2608.3a

2